United States District Court
Southern District of Texas
**ENTERED**
November 08, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| RENE R. GUERRA, § § Plaintiff, § § VS. § 21ST MORTGAGE CORPORATION, § § Defendant. § § § § | CIVIL ACTION NO. 5:21-CV-99 |

## ORDER

The United States Magistrate Judge has issued a Report and Recommendation (the "Report") (Dkt. No. 51). In the Report, the Magistrate Judge recommends dismissing this case with prejudice for want of prosecution under Federal Rule of Civil Procedure 41(b) (*id.*). No party filed an objection to the Report within the 14-day objection period.

Having reviewed the Report and finding no plain error, the Court hereby **ADOPTS** the Report (Dkt. No. 51) as the findings and conclusions of the Court. Accordingly, Defendant's motion to dismiss with prejudice or alternatively without prejudice (Dkt. No. 43) is **GRANTED**. This case is hereby **DISMISSED WITH PREJUDICE** for want of prosecution. *See* Fed. R. Civ. P. 41(b).

All relief not previously granted is hereby **DENIED**. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

It is so **ORDERED**.

**SIGNED** November 8, 2022.

                                                    Marina Garcia Marmolejo
                                                    United States District Judge